# United States Court of Appeals
## For the First Circuit

No. 06-2258

UNITED STATES OF AMERICA,

Appellee,

v.

ANTOIN QUARLES COMBS
a/k/a ANTOINE COMBS-QUARLES,
a/k/a ANTOINE COMBS

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 11, 2009 is amended as follows:

On page 3, lines 18-19, please delete the following sentence: "Hicks did not testify about either of these statements made by Rudnicki."